# United States Court of Appeals
## For the First Circuit

No. 10-1360

LIBERTARIAN PARTY OF NEW HAMPSHIRE ET AL.,

Plaintiffs, Appellants,

v.

WILLIAM M. GARDNER, in his official capacity as
Secretary of State of New Hampshire,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on February 24, 2011 is amended as follows:

On page 3, footnote 1, line 1, "the plaintiff as it has" is changed to "the plaintiffs as the lead plaintiff has".

On page 5, line 22, "Write In" is changed to "Write-In".

On page 7, line 19, "4%" is changed to "4 percent".

On page 17, line 22, "burden to" is changed to "burden on".

On page 20, line 20, "n.7." is changed to "n.7".